Michelle L. Roberts, State Bar No. 239092
E-mail: michelle@robertsdisability.com
ROBERTS DISABILITY LAW
66 Franklin Street, Ste. 300
Oakland, CA 94607
Telephone: (510) 230-2090
Facsimile: (510) 230-2091

Attorneys for Plaintiff,
Alan Rosenberg

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ALAN ROSENBERG,

   Plaintiff,

  vs.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,

   Defendant.

CASE NO.: 4:21-cv-8280

**COMPLAINT (ERISA)**

  Plaintiff, Alan Rosenberg, herein sets forth the allegations of his Complaint against

Defendant Provident Life and Accident Insurance Company ("Provident Life" or "Unum").

<u>PRELIMINARY ALLEGATIONS</u>

1. "Jurisdiction" - This action is brought under 29 U.S.C. §§ 1132(a), (e), (f) and (g) of the

Employee Retirement Income Security Act of 1974 (hereinafter "ERISA") as it involves a claim

by Plaintiff for employee benefits under an employee benefit plan regulated and governed under

ERISA. Jurisdiction is predicated under these code sections as well as 28 U.S.C. § 1331 as this

action involves a federal question. This action is brought for the purpose of recovering benefits

under the terms of an employee benefit plan and enforcing Plaintiff's rights under the terms of an

employee benefit plan. Plaintiff seeks relief, including but not limited to, payment of

Roberts Disability Law
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

Roberts Disability Law
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

1   Supplemental Individual Disability Insurance benefits due him under his plan, reinstatement in the

2   plan, prejudgment and post-judgment interest, and attorneys' fees and costs.

3      2.   Plaintiff was, at all times relevant, a resident of Contra Costa County. Plaintiff was a

4   Participant, as defined by ERISA § 3(7), 29 U.S.C. § 1002(7), in a health and welfare benefit plan

5   sponsored by his employer, TransPak ("the Plan"). The Plan's coverage for Supplemental

6   Individual Disability Insurance Plan benefits is insured and administered by Provident Life, under

7   insurance policy number 06-675-5222476.

8      3.   Provident Life is a licensed insurance firm headquartered in the State of Tennessee. It is a

9   subsidiary of Unum Group. Unum is a registered trademark and marketing brand of Unum Group

10   and its insuring subsidiaries. Provident Life and Unum offers group long-term disability ("LTD")

11   policies in various states, including California. Provident Life is authorized to transact business in

12   the Northern District of California and may be found in the Northern District of California.

13      4.   Venue lies in the Northern District of California pursuant to ERISA § 502(e)(2),

14   29 U.S.C. § 1132(e)(2), because Plaintiff resides in this district, the breaches alleged occurred in

15   this District, and the ERISA-governed plan at issue was administered in part in this District.

16   Venue is also proper pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or

17   omissions giving rise to Plaintiff's claims occurred within this District.

18      5.   Intradistrict Assignment. Pursuant to Civil L.R. 3-2(c) and 3-5, Plaintiff believes that this

19   matter should be assigned to either the Oakland or San Francisco division since a substantial part

20   of the events or omissions which give rise to this action occurred primarily in Contra Costa

21   County.

22

23   <u>FIRST CLAIM FOR RELIEF</u>
     <u>(29 U.S.C. § 1132(a)(1)(B))</u>

24      6.   Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

25      7.   ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), permits a plan participant to bring a

26   civil action to recover benefits due to him under the terms of a plan, to enforce his rights under the

27   terms of a plan, and/or to clarify his rights to future benefits under the terms of a plan.

28      8.   The Plan provides individual disability benefits to eligible participants who become

Totally Disabled from their Usual Occupation.

9. Plaintiff stopped working in his Usual Occupation after September 8, 2020, due to Total Disability.

10. Plaintiff filed a claim with Unum for Individual Disability benefits and Unum assigned him claim number 52-05222476-001.

11. Unum denied Plaintiff's claim by letter dated March 8, 2021.

12. Plaintiff appealed the denial by letter dated March 22, 2021. Thereafter, Plaintiff continued to supplement his appeal with new evidence. His last appeal submission was made through counsel on September 9, 2021.

13. On October 22, 2021, Unum provided Plaintiff's counsel with copies of additional medical reviews it obtained which concluded that Plaintiff was not disabled.

14. By October 24, 2021, forty-five days after Plaintiff's complete submission of his appeal, Unum failed to approve Plaintiff's claim.

15. Plaintiff has been, and continues to be, Totally Disabled and entitled to Individual Disability benefits.

16. Plaintiff has exhausted any and all administrative remedies which may be required by ERISA or the Plan.

17. By failing to approve his Individual Disability claim, Unum has breached the terms of the Plan and ERISA, has failed to provide Plaintiff with a full and fair review, and has been unjustly enriched from its breach of fiduciary duty to Plaintiff.

<u>REQUEST FOR RELIEF</u>

WHEREFORE, Plaintiff prays for relief against Provident Life as follows:

1. An order declaring Plaintiff's right to Individual Disability benefits due to Plaintiff since his date of disability through the date of judgment;

2. An order declaring Plaintiff's right to reinstatement in the Plan and his right to receive future disability benefit payments under the terms of the Plan for as long as he remains disabled under the Plan's terms;

Roberts Disability Law
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

3.  Pursuant to 29 U.S.C. § 1132(g), payment of all costs and attorneys' fees incurred in pursuing this action;

4.  Payment of prejudgment and post-judgment interest as allowed for under ERISA; and

5.  Such other and further relief as this Court deems just and proper.


DATED:  October 25, 2021                    ROBERTS DISABILITY LAW

                                            By:     /s/ Michelle L. Roberts
                                                    Michelle L. Roberts
                                                    Attorneys for Plaintiff,
                                                    Alan Rosenberg

Roberts Disability Law
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090