1  Michelle L. Roberts (Bar No. 239092)
   michelle@robertsdisability.com
2  ROBERTS DISABILITY LAW
   66 Franklin Street, Suite 300
3  Oakland, California 94607
   Telephone: (510) 230-2090
4  Facsimile: (510) 230-2091

5  Attorneys for Plaintiff
   ALAN ROSENBERG
6

7  Nicole Y. Blohm (Bar No. 177284)
   nblohm@mmhllp.com
8  Charles K. Chineduh (Bar No. 273258)
   cchineduh@mmhllp.com
9  MESERVE, MUMPER & HUGHES LLP
   1000 Wilshire Boulevard, Suite 1860
10 Los Angeles, California 90017-2457
   Telephone:  (213) 620-0300
11 Facsimile:  (213) 625-1930

12 Attorneys for Defendant
   PROVIDENT LIFE AND ACCIDENT INSURANCE
13 COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAN ROSENBERG, | Case No. 4:21-cv-08280-HSG |
| Plaintiff, | **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND ORDER** |
| vs. | |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178147.1

1

Case No. 4:21-cv-08280-HSG
JOINT STIPULATION TO DISMISS ENTIRE ACTION; ORDER

1      IT IS HEREBY STIPULATED, by and between Plaintiff ALAN ROSENBERG and Defendant PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall bear his or its own attorneys' fees and costs.

The parties further stipulate all dates be vacated and taken off the Court's calendar.

The parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated:  December 28, 2021         ROBERTS DISABILITY LAW

                                  By:     */s/ Michelle L. Roberts*
                                          Michelle L. Roberts
                                          Attorneys for Plaintiff,
                                          ALAN ROSENBERG

Dated:  December 28, 2021         MESERVE, MUMPER & HUGHES LLP
                                  Nicole Y. Blohm
                                  Charles K. Chineduh

                                  By:     */s/ Charles K. Chineduh*
                                          Charles K. Chineduh
                                          Attorneys for Defendant
                                          PROVIDENT LIFE AND ACCIDENT
                                          INSURANCE COMPANY

### FILER'S ATTESTATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178147.1

2

Case No. 4:21-cv-08280-HSG
JOINT STIPULATION TO DISMISS ENTIRE ACTION; ORDER

**ORDER**

Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case 4:21-cv-08280-HSG, is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: 1/4/2022

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178147.1

3

Case No. 4:21-cv-08280-HSG
JOINT STIPULATION TO DISMISS ENTIRE ACTION; ORDER